UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>NICHOLAS JACKSON NASH,<br><br>Defendant. | Case No.: 2:18-cr-00248-APG-PAL<br><br>**ORDER GRANTING IN PART STIPULATION TO CONSOLIDATE CASES**<br><br>[ECF No. 3] |
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>NICHOLAS JACKSON NASH,<br><br>Defendant. | Case No.: 2:17-cr-00043-RFB<br><br>[ECF No. 90] |

The parties have stipulated to the consolidation of these cases. But criminal cases cannot be consolidated under one case number like civil cases can be. Rather, each criminal case has its own charges, deadlines under the Speedy Trial Act, etc. Therefore, instead of being consolidated under one case number, these cases may be combined for scheduling purposes, but are not consolidated. The presiding district judges in these cases have determined that the cases are related and that there is good cause to have them addressed by the same district judge. Further, coordinating the cases will promote judicial efficiency, avoid duplicative filings by the parties, and not result in prejudice to the parties.

IT IS HEREBY ORDERED that the stipulation to consolidate **(ECF No. 3) in case no. 2:18-cr-00243-APR-PAL and in case no. 2:17-cr-00043-RFB (ECF No. 90) are GRANTED IN PART** as follows. Case no. 2:18-cr-000243-APG-PAL and case no. 2:17-cr-00043-RFB are combined for the purpose of scheduling, but not consolidated.

IT IS FURTHER ORDERED that case no. 2:17-cr-00043-RFB is reassigned to District Judge Andrew P. Gordon for all further proceedings and will bear case no. 2:17-cr-00043-APG-

PAL. Magistrate Judge Leen will be the Magistrate Judge on both cases. The parties shall use both case numbers in the case caption when filing documents.

DATED: August 27, 2018.

_____
**ANDREW P. GORDON**
**United States District Judge**

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**