RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
Nevada State Bar No. 13549
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorneys for Nicholas Jackson Nash

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NICHOLAS JACKSON NASH,<br><br>    Defendant. | Case Nos. 2:18-cr-00248-APG-PAL<br>     2:17-cr-00043-APG-PAL<br><br>**STIPULATION TO CONTINUE SENTENCING AND REVOCATION HEARINGS**<br>(Second Request) |

  IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Richard Anthony Lopez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Nicholas Jackson Nash, that the sentencing and revocation hearings currently scheduled on February 19, 2019, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

  This Stipulation is entered into for the following reasons:

  1. Defense counsel requires additional time to prepare, investigate, and discuss the case with Defendant before the sentencing hearing.

2. Mr. Nash is in custody and agrees to a continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the sentencing and revocation hearings.

DATED this 13th day of February, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Brian Pugh*<br>By_____<br>BRIAN PUGH<br>Assistant Federal Public Defender | */s/ Richard Anthony Lopez*<br>By_____<br>RICHARD ANTHONY LOPEZ<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NICHOLAS JACKSON NASH,

    Defendant.

Case Nos. 2:18-cr-00248-APG-PAL
2:17-cr-00043-APG-PAL

**ORDER**

IT IS THEREFORE ORDERED that the sentencing and revocation hearings currently scheduled for Tuesday, February 19, 2019 at 9:30 a.m. be vacated and continued to May 9, 2019 at the hour of 9:30 a.m. in Courtroom 6C.

DATED this 13th day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE